YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com

Attorney for Stephon Whitney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHON WHITNEY,<br><br>Defendant. | Case No. 2:21-CR-002-JAD-NJK<br><br>**MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL FOR STEPHON WHITNEY** |

    Undersigned counsel, attorney for Stephon Whitney, respectfully moves to withdraw as counsel of record before this Court. This motion is based upon the attached points, authorities, and declaration of counsel.

    DATED: December 14, 2022.

By:   /s/ Yi Lin Zheng
       Yi Lin Zheng
       Attorney for Stephon Whitney

## MEMORANDUM OF POINTS AND AUTHORITIES

Undersigned counsel was appointed to represented Mr. Whitney on January 22, 2021. Mr. Whitney was charged in a one-count indictment with being a felon in possession of a firearm. On June 21, 2022, Mr. Whitney pled guilty to one count of being a felon in possession of a firearm without a plea agreement. The Court accepted Mr. Whitney's guilty plea and sentenced him to 54 months in custody, to run concurrent to a state sentence, followed by three years of supervised release.

Undersigned counsel discussed the pros and cons of appealing the sentence with Mr. Whitney. After discussion, Mr. Whitney decided to appeal his sentence. On December 13, undersigned counsel filed a Notice of Appeal pursuant to Mr. Whitney's instructions. The next day, the Ninth Circuit appointed undersigned counsel to represent Mr. Whitney on his appeal.

Pursuant to Ninth Circuit Rule 4-1(c)(3), undersigned counsel requests to withdraw as Mr. Whitney's counsel of record and asks this Court to appoint appellate counsel for Mr. Whitney. Undersigned counsel does not maintain a criminal appellate practice. Her caseload consists exclusively of state and federal criminal cases at the trial court level.

By: */s/ Yi Lin Zheng*
Yi Lin Zheng
Attorney for Stephon Whitney

# DECLARATION OF YI LIN ZHENG, ESQ.

1. I, Yi Lin Zhengm Esq., do declare and swear that the following is true and correct to the best of my personal knowledge.
2. I am attorney of record for Stephon Whitney, Defendant-Appellant, in this matter.
3. I am licensed to practice law in the state of Nevada.
4. On January 22, 2021, I was appointed as CJA counsel for Mr. Whitney in United States v. Stephon Whitney, 21-cr-002-JAD-NJK, filed in federal district court for the District of Nevada.
5. On December 13, 2022, the district court entered a judgement against Mr. Whitney sentencing him to 54 months in custody, to run concurrent to a state case, follow by three years of supervised release.
6. On December 13, 2022, I filed a Notice of Appeal pursuant to Mr. Whitney's instructions.
7. I cannot effectively represent Mr. Whitney on appeal due to my current caseload and inexperience with federal criminal appeals.

Executed, December 14, 2022, under penalty of perjury under the laws of the United States of America.

By: /s/ Yi Lin Zheng
Yi Lin Zheng
Attorney for Stephon Whitney