JASON M. FRIERSON
United States Attorney
ROBERT L. ELLMAN
Appellate Chief and
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
*Attorneys for the United States*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | C.A. No. 22-10326 |
| Plaintiff-Appellee, | D. Ct. 2:21-cr-00002-JAD-NJK |
| v. | |
| | **Government's** |
| STEPHON JAMES WHITNEY, | **Notice of Service** |
| Defendant-Appellant. | |

THE UNITED STATES, by and through undersigned counsel, responds to the Court's December 14, 2022, order.

On December 14, 2022, this Court issued an order in the above-captioned case. The Court directed the government, within 14 days, to serve a copy of the order on the appellant and provide proof of such service to this Court, including appellant's current address and registration number. The government's response to this Court's order is untimely.

1

Responding to orders of this nature is the responsibility of the Appellate Chief for the United States Attorney's Office in this district. Undersigned counsel assumed the duties of the Appellate Chief on Monday, December 19, 2022, a few days after this Court issued the order. In the transition of responsibilities, the order was overlooked. The Appellate Division paralegal noticed the pending order this morning and brought it to my attention. I regret the failure to process the order expeditiously, and I apologize to the Court and to Mr. Whitney, the defendant, for the untimeliness of appellee's response. I do not believe that the untimeliness creates any prejudice to Mr. Whitney.

On January 4, 2023, undersigned counsel sent a copy of the order to Mr. Whitney, via first-class, post-paid U.S. mail, at his current address:

Stephon James Whitney
Reg. # 26534-509
Nevada Southern Detention Center
2190 E. Mesquite Ave
Pahrump, NV 89060

Dated this 4th day of January, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*s/ Robert L. Ellman*
ROBERT L. ELLMAN
Appellate Chief and
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Robert L. Ellman, certify that the following individual was served on this date via first-class, post-paid U.S. mail:

> Stephon James Whitney
> Reg. # 26534-509
> Nevada Southern Detention Center
> 2190 E. Mesquite Ave
> Pahrump, NV 89060

Dated this 4th day of January, 2023

*s/ Robert L. Ellman*
ROBERT L. ELLMAN
Appellate Chief and
Assistant United States Attorney
