# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 21. Court Reporter Motion for Extension of Time to File Transcript

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form21instructions.pdf

**9th Cir. Case Number(s)** | 22-10326

**Case Name** | United States of America vs. Stephon James Whitnet

U.S. District Court for | Nevada

District Court Case Number(s) | 2:21-cr-00002-JAD-NJK-1

Name of Reporter/Recorder | Amber McClane

Proposed new due date: | May 1, 2023

Explain why you need the extension:

The court reporter requests an extension due to extensive case load and appeal transcripts ordered, as well as court reporter obligations for hearing coverage in the district.

**To request a waiver of the fee reduction,** you **must** complete the following:

I certify that _____

*(name of district court judge, district court clerk, chief deputy clerk or court reporter supervisor)*

has authorized me to represent that I qualify for the waiver of the fee reduction based on good cause shown. I will serve a copy of this motion on the authorizing person.

**Signature** | /s/Amber M. McClane    **Date** | Mar 17, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 21**                                                              Rev. 12/01/2018