|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 22 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>STEPHON JAMES WHITNEY, AKA Stef B, AKA Stef Bizzle, AKA Stephone James Whitney,<br><br>        Defendant-Appellant. | No. 22-10326<br><br>D.C. No. 2:21-cr-00002-JAD-NJK-1<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Court Reporter Amber McClane's motion (Docket Entry No. 10) for an extension of time to file the transcripts is granted. The transcripts are due May 1, 2023. The order does not waive the mandatory fee reduction. *See* Judicial Conference of the United States, Report of the Proceedings 10 (March 1982).

The opening brief and excerpts of record are due June, 12, 2023. The answering brief is due July 12, 2023. The optional reply brief is due within 21 days after service of the answering brief.

A copy of this order will be provided to the court reporter at the district court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT
By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/3.13.23/Pro Mo