UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 22-10326

**Case Name** | USA v. Whitney

**Requesting Party Name(s)** | Stephon Whitney

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you **must** describe the document*)

The requested new due date is: Aug 11, 2023

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Please see attached declaration.

**Signature** | s/Jeremy C. Baron    **Date** | 07/05/2023
(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**     1     *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

⦿ I have previously requested an extension of time to file the document.

This motion is my [second] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

⦿ The defendant is incarcerated. The projected release date is: [09/22/2026].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [s/Jeremy C. Baron]   **Date** [07/05/2023]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**　　　　　　　　　　　　2　　　　　　　　　　　　*New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: 07/12/2023

3. The brief's first due date was: 06/12/2023

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Please see attached declaration.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Jeremy C. Baron    **Date** 07/05/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**          3          *New 12/01/2018*

## Declaration of Jeremy C. Baron

I, Jeremy C. Baron, declare as follows, pursuant to 28 U.S.C. § 1746:

1.  I am counsel for Defendant/Appellant Stephon Whitney in this criminal direct appeal. I am filing this declaration in support of my motion for an extension of time to file the opening brief.

2.  This is my second motion requesting an extension of the due date for the opening brief. The opening brief was originally due March 28, 2023. CA9 Dkt. No. 5. The court reporter filed a motion for an extension of time to prepare the transcripts. CA9 Dkt. No. 10. The Court granted the motion and reset the opening brief deadline to June 12, 2023. CA9 Dkt. No. 11. I filed a streamlined motion for an extension of time on June 5, 2023. CA9 Dkt. No. 12. The Court granted the motion and extended the deadline to the current deadline, July 12, 2023. CA9 Dkt. No. 13. I am now requesting an additional 30-day extension.

3.  I have spoken with Mr. Whitney over the phone multiple times about this direct appeal and the issues to be raised in this direct appeal, among other relevant topics. The basis for this second

extension motion is the need for additional consultation with Mr. Whitney regarding this case and the issues he seeks to raise on appeal. I was most recently scheduled to speak with Mr. Whitney on June 28, 2023, to discuss these issues, but the Bureau of Prisons cancelled that legal call and stated it had to reschedule the call based on institutional needs. My legal call with Mr. Whitney has now been rescheduled to occur on July 11, 2023.

    4.    I am unsure whether the call on July 11, 2023, will proceed as scheduled and, if so, whether the call will resolve the relevant issues. In my professional judgment it would be inappropriate to file the opening brief on July 12, 2023, if the relevant issues are unresolved. Meanwhile, the deadline to file a second motion for an extension of time for the opening brief is today, July 5, 2023. *See* Circuit Rule 31-2.2(b). Thus, in an abundance of caution, I am requesting an additional 30-day extension of time to file the opening brief.

    5.    I previously filed a streamlined motion for an extension of time to file an opening brief, and I understand that under the Circuit Advisory Committee notes to Circuit Rule 31-2.2, a streamlined motion is intended to be the sole extension of time to file a brief. However, this

second motion is based on a series of recent conversations between myself and Mr. Whitney that began on June 5, 2023, after I had filed the streamlined motion. Thus, I respectfully request the Court grant this second motion despite the prior streamlined motion.

6. This extension is necessary for me to effectively represent Mr. Whitney and is not made for purposes of delay. I have been exercising diligence in this case and intend to file the opening brief within the time requested absent unforeseeable circumstances.

7. The government does not oppose this extension motion. The court reporter is not in default with regard to any designated transcripts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed: July 5, 2023.

>By: */s/ Jeremy C. Baron*
>Jeremy C. Baron
>Assistant Federal Public Defender