UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>STEPHON JAMES WHITNEY, AKA Stef B, AKA Stef Bizzle, AKA Stephone James Whitney,<br><br>    Defendant - Appellant. | No. 22-10326<br><br>D.C. No. 2:21-cr-00002-JAD-NJK-1<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

The appellant's unopposed motion (Docket Entry No. 14) for an extension of time to file the opening brief is granted. The appellant's opening brief is due August 11, 2023; the appellee's answering brief is due September 11, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7