Case No. 22-10326

# United States Court of Appeals
# for the Ninth Circuit

United States of America,

        Plaintiff/Appellee,

v.

Stephon James Whitney,

        Defendant/Appellant.

D.C. No. 2:21-cr-00002-JAD-NJK

Appeal from the United States District Court
for the District of Nevada

**Appellant Stephon Whitney's
Excerpts of Record
Index Volume**

Rene L. Valladares
Federal Public Defender
*Jeremy C. Baron
Assistant Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577
jeremy_baron@fd.org

*Counsel for Appellant Stephon Whitney

# **INDEX**

**VOLUME 1**

1. Excerpts of Record, Volume I of III ............................................. 1

2. Judgment (CR 50) ................................................................. 2
   December 13, 2022

3. Transcript – Sentencing Day 2 (CR 60) ....................................... 9
   December 5, 2022

4. Transcript – Sentencing Day 1 (CR 59) ..................................... 64
   November 7, 2022

**VOLUME 2**

5. Excerpts of Record, Volume II of III ........................................ 135

6. Defendant's Sentencing Demonstrative Exhibit A (CR 49) ...... 136
   December 5, 2022

7. Defendant's Second Supplemental Sentencing Memorandum
   (CR 47) .................................................................................. 140
   November 30, 2022

8. Defendant's Second Supplemental Sentencing Memorandum
   Exhibit O – Letter of Good Standing (CR 47-1) ......................... 143
   November 30, 2022

9. Defendant's Second Supplemental Sentencing Memorandum
   Exhibit P – Certificates of Completion (CR 47-2) ...................... 144
   November 30, 2022

## VOLUME 2 (Continued)

10. Government's Sentencing Exhibit List (CR 46) ......................... 184
    November 7, 2022

11. Government's Index of Sentencing Exhibits (CR 44) ................ 185
    November 4, 2022

12. Government's Sentencing Exhibit A – Amended Judgment in
    *Nevada v. Whitney* (CR 44-1) ...................................................... 187
    November 4, 2022

13. Government's Sentencing Exhibit B – Probable Cause Arrest
    Documents (CR 44-2) ................................................................. 191
    November 4, 2022

14. Government's Sentencing Exhibit C – Motion to Amend
    Judgment (CR 44-3) .................................................................... 201
    November 4, 2022

15. Government's Sentencing Exhibit D – Minute Order Amending
    the Judgment (CR 44-4) .............................................................. 204
    November 4, 2022

16. Government's Sentencing Exhibit E – Minute Order Amending
    the Judgment (CR 44-5) .............................................................. 206
    November 4, 2022

17. Government's Response to Defendant's Sentencing
    Memorandum (CR 43) ................................................................ 208
    November 3, 2022

18. Defendant's Supplemental Sentencing
    Memorandum (CR 42) ................................................................ 224
    November 1, 2022

## VOLUME 2 (Continued)

19.   Defendant's Supplemental Sentencing Memorandum
      Exhibits G-N – Letters in Support (CR 42-1) ............................ 241
      November 1, 2022

20.   Defendant's Sentencing Memorandum (CR 41) ........................ 258
      October 28, 2022

21.   Defendant's Sentencing Memorandum Exhibit A – LVMPD
      Property Report (CR 41-1) ........................................................ 274
      October 28, 2022

22.   Defendant's Sentencing Memorandum Exhibit B – Photo of
      Monies Seized (CR 41-2) .......................................................... 276
      October 28, 2022

23.   Defendant's Sentencing Memorandum Exhibit C – Source of
      Funds Email (CR 41-3) ............................................................. 277
      October 28, 2022

24.   Defendant's Sentencing Memorandum Exhibit D – Check Issued
      Email (CR 41-4) ........................................................................ 279
      October 28, 2022

25.   Defendant's Sentencing Memorandum Exhibit E – State
      Probation Revocation Transcript (CR 41-5) .............................. 285
      October 28, 2022

26.   Defendant's Sentencing Memorandum Exhibit F – Stephon
      Whitney Interrogation (CR 41-6) .............................................. 311
      October 28, 2022

## VOLUME 2 (Continued)

27. Transcript – Change of Plea (CR 58) .......................................... 399
    June 21, 2022

## VOLUME 3

28. Excerpts of Record, Volume III of III .......................................... 419

29. Government's Memorandum in Support of Guilty Plea Without a Plea Agreement (CR 36) ............................................................ 420
    June 13, 2022

30. Government's Memorandum Exhibit A – JOC and Extracts (CR 36-1) ................................................................................... 427
    June 13, 2022

31. Government's Memorandum Exhibit B – JOC and Extracts (CR 36-2) ................................................................................... 474
    June 13, 2022

32. Government's Memorandum Exhibit C – Declaration (CR 36-3) ................................................................................... 507
    June 13, 2022

33. Government's Memorandum Exhibit D – Images (CR 36-4) .... 510
    June 13, 2022

34. Government's Memorandum Exhibit E – Intentionally Omitted (Duplicate Document) (CR 36-5) ........... 518
    June 13, 2022

35. Government's Memorandum Exhibit F – LVMPD Forensic Laboratory Amended Report (CR 36-6) ..................................... 519
    June 13, 2022

## VOLUME 3 (Continued)

36. Government's Memorandum Exhibit G – Firearms Trace Summary (CR 36-7) .................................................................. 523
    June 13, 2022

37. Government's Memorandum Exhibit H – Firearms Transaction Record (CR 36-8) .................................................................. 525
    June 13, 2022

38. Government's Memorandum Exhibit I – Nexus Determination, ATF Report of Investigation (CR 36-9) ...................................... 529
    June 13, 2022

39. Defendant's Memorandum in Support of Guilty Plea Without a Plea Agreement (CR 34) ........................................................... 533
    June 1, 2022

40. Defendant's Notice of Intent to Plead Guilty (CR 33) ............... 537
    June 1, 2022

41. Transcript – Detention Hearing (CR 62) ................................... 539
    January 29, 2021

42. Memorandum re: Defendant's Waiver (CR 15) .......................... 565
    January 28, 2021

43. Transcript – Initial Appearance and Plea (CR 61) .................... 570
    January 22, 2021

44. Defendant's Waiver of Temporary Right to Custody Under the Interstate Agreement (CR 11) .................................................. 584
    January 22, 2021

**VOLUME 3 (Continued)**

45. Writ of Habeas Corpus ad Prosequendum (CR 5) ...................... 585
    January 5, 2021

46. Indictment (CR 1) ...................................................................... 587
    January 5, 2021

47. Notice of Appeal (CR 51) ........................................................... 590
    December 13, 2022

48. Docket Sheet ............................................................................. 592

49. Certificate of Service ................................................................ 601

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** 22-10326

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[✓] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

```
Stephon Whitney, #26534-509
FCI Victorville Medium I
P.O. BOX 3725
Adelanto, CA  92301
```

**Description of Document(s)** *(required for all documents)*:

```
APPELLANT STEPHON JAMES WHITNEY'S
EXCERPTS OF RECORD INDEX VOLUME
```

**Signature** s/ Jeremy C. Baron    **Date** August 11, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 15                                                                      Rev. 12/01/18