Case No. 22-10326

# United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| United States of America, | |
| Plaintiff/Appellee, | D.C. No. 2:21-cr-00002-JAD-NJK |
| v. | |
| Stephon James Whitney, | |
| Defendant/Appellant. | |

Appeal from the United States District Court
for the District of Nevada

## Joint Stipulation to Remand Discretionary Supervision Conditions Under *United States v. Montoya,* 82 F.4th 640 (9th Cir. 2023)

| | |
|---|---|
| Rene L. Valladares | Jason M. Frierson |
| Federal Public Defender | United States Attorney |
| *Amy B. Cleary | *Peter H. Walkingshaw |
| Assistant Federal Public Defender | Assistant United States Attorney |
| 411 E. Bonneville, Ste. 250 | 400 South Virginia, Ste. 900 |
| Las Vegas, NV 89101 | Reno, NV, 89501 |
| (702) 388-6577 | (775) 784-5428 |
| Amy_Cleary@fd.org | Peter.Walkingshaw@us.doj.gov |
| Counsel for Appellant | Counsel for Appellee |

Counsel for Appellant Stephon James Whitney and the United States of America jointly stipulate that a remand is appropriate pursuant to this Court's recent decision in *United States v. Montoya*, 82 F.4th 640 (9th Cir. 2023). *Montoya* holds that when a district court imposes discretionary supervision conditions, it must either: (1) "orally pronounce" those conditions in the defendant's presence at sentencing; or (2) if the defendant was advised of the proposed discretionary conditions before sentencing, "incorporate those conditions by reference at the hearing." 82 F.4th at 651.

The parties agree Mr. Whitney's sentencing did not comport with *Montoya*. The district court did not orally pronounce at Mr. Whitney's sentencing the standard conditions of supervised release recommended by the Sentencing Commission, nor was Mr. Whitney advised of all the imposed discretionary conditions prior to his sentencing. *See* ER-60 (imposing "the standard conditions of supervision recommended by the Sentencing Commission" without specificity; PSR, p. 25 (same).

The parties also agree that *Montoya* applies to this direct appeal. Though the district court did not have the benefit of *Montoya* at the

time of Mr. Whitney's sentencing, "[c]ourts must apply judicial decisions announcing new interpretations of criminal procedural rules 'retroactively to all cases, state or federal, pending on direct review or not yet final.'" *Reyes v. Garland*, 11 F.4th 985, 991 (9th Cir. 2021) (quoting *Griffith v. Kentucky*, 479 U.S. 314 (1987)).

For these reasons, the parties agree the district court's imposition of the standard conditions of supervised release must be vacated and remanded under *Montoya* so that the district court may consider whether to impose them, and if so include them as part of the oral pronouncement of sentence.

Dated: December 1, 2023.   Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

Jason M. Frierson
United States Attorney

*s/ Peter H. Walkingshaw*
Peter H. Walkingshaw
Assistant United States Attorney

3

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 22-10326

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Mr. Stephon Whitney, #26534-509
FCI Victorville Medium I
P.O. BOX 3725
Adelanto, CA 92301

**Description of Document(s)** *(required for all documents)*:

Joint Stipulation to Remand Discretionary Supervision Conditions Under United States v. Montoya, 82 F.4th 640 (9th Cir. 2023)

**Signature** | s/ Amy B. Cleary         **Date** | Dec 1, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov